UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY F. FISHER,
aka BARGER,

    Petitioner,

    v.

BARRIOS and AGUILERA,

    Respondents.

Case No. 15-cv-00492-WHO (PR)

**ORDER OF DISMISSAL**

Pursuant to petitioner Gary Fisher's motion for voluntary dismissal (Docket No. 8), this federal habeas action is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987). This dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

Fisher's application to proceed *in forma pauperis* (Docket No. 4) is DENIED as insufficient. His application lacks a prison trust account statement showing transactions for the last six months and a Certificate of Funds signed by an authorized prison officer.

Fisher's motion to augment the record (Docket No. 7) is DENIED as moot.

The Clerk shall enter judgment in favor of respondents, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 30, 2015

_____
WILLIAM H. ORRICK
United States District Judge